**MEMORANDUM**

TO: <u>HONORABLE James L. Cott</u>
United States Magistrate Judge

FROM: Nichole Brown-Morin
U.S. Pretrial Services Officer

*[Stamp: U.S. DISTRICT COURT FILED JAN 08 2015 S.D. OF N.Y.]*

DOC # __ __

RE: Vallejo Jr., Eleazar
DOCKET#: 0208:1 14m1473-1

The attached memorandum was prepared by United States Pretrial Services Officer:

<u>**Nichole Brown-Morin**</u>     <u>**212-805-4134**</u>
Name                                                                 Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.  *Jm L Cott, USMJ 1/8/15*

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                                  Date                    Time

[ ]  I request that a Bail Review Hearing be conducted by:

   [ ]  The presiding Magistrate Judge in courtroom # 5A.

   [ ]  The District Court Judge presiding in Part I.

   [ ]  _____ at his/her earliest convenience.
              Judicial Officer

[ ]  So ordered:_____    Date_____



# MEMORANDUM

**To:** Honorable James L. Cott
United States Magistrate Judge

**From:** Nichole Brown-Morin
U.S. Pretrial Services Officer

**Re:** Vallejo Jr., Eleazar
0208:1 14m1473-1

**Date:** January 8, 2015

This memorandum will serve to provide the Court with updated information as to the defendant's adjustment to Pretrial Services supervision.

On June 30, 2014, the defendant was arrested and charged in a two count complaint which alleged him to have participated in a narcotics conspiracy, in violation of 21 U.S.C. § 846 and distribution and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841.

On July 1, 2014, the defendant made an initial appearance before the Honorable Henry B. Pitman and was ordered detained pending a detention hearing scheduled for July 8, 2014.

On July 9, 2014, the defendant appeared before the Honorable Andrew Peck for a detention hearing and was ordered released on the following bond and conditions of release:

$75,000 unsecured appearance bond to be cosigned by two financially responsible people

- Strict Pretrial Services supervision
- Travel restricted to the Southern and Eastern Districts of New York and the Western District of Texas
- Surrender travel documents/do not make application for new travel documents
- Drug testing and treatment
- Maintain employment
-Surrender firearms and not obtain any new ones

The defendant was ordered detained until all conditions were satisfied.

On July 14, 2014, the defendant satisfied all conditions and was ordered released.

He does not have any scheduled court appearances at this juncture.

On December 29, 2014, this officer was notified by David Nava, U.S. Pretrial Services Officer in the Western District of Texas and Mr. Vallejo's supervising officer, that Mr. Vallejo was arrested for public intoxication

on November 27, 2014. On that date, Mr. Vallejo had been involved in a physical altercation with another individual and the police were contacted by a third party. While this individual did not care to pursue criminal charges against Mr. Vallejo, the responding officer observed Mr. Vallejo to be intoxicated and cited him for the same. The matter has since been resolved and Mr. Vallejo was ordered to pay a $300 fine.

Aforementioned, one of Mr. Vallejo's conditions of release includes drug testing and treatment. This should include alcohol testing, and the Western District of Texas will be instructed to test the defendant for alcohol at their discretion.

A criminal history check was conducted via the ATLAS system on January 8, 2015, and did not reveal any wants/warrants.

Assistant United States Attorney, Brooke Cucinella, and Defense Counsel, Donald Yanella, were immediately notified of the above.

The memorandum is for informational purposes only. We are not requesting any action from the Court.

Respectfully Submitted,

Arthur Penny
Chief U.S. Pretrial Services Officer

Nichole Brown-Morin
U.S. Pretrial Services Officer

Reviewed by:

Scott Kowal
Scott Kowal, Supervisory
U.S. Pretrial Services Officer

cc: Brooke Cucinella, AUSA (via e-mail)
Donald Yanella, Defense Counsel (via e-mail)